ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| DAVID NUNES, | CASE NO: 1:09-cv-0645 GSA |
| Plaintiff, | |
| vs | STIPULATION and ORDER |
| | to |
| COMMISSIONER of | EXTEND TIME |
| SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from November 19, 2009 to December 19, 2009.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Robert D. Christenson* |
| Dated:   November 16, 2009 | **ROBERT D. CHRISTENSON**<br>Attorney for Plaintiff |
| Dated:  November 16, 2009 | **McGREGOR W. SCOTT**<br>United States Attorney<br>**LUCILLE GONZALES MEIS**<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | */s/ Shea Lita Bond* |
|  | *Per e-mail authorization this date*<br>**SHEA LITA BOND**<br>Assistant Regional Counsel<br>Social Security Administration<br>Attorneys for Defendant |

### ORDER

Upon a review of the parties' stipulation, Plaintiff's request for an extension of time to file an opening brief until December 19, 2009 is granted.  Defendant's opposition brief is due no later than 30 days after Plaintiff's opening brief is filed.  Plaintiff's reply is due within fifteen days of the filing of Defendant's opposition.

IT IS SO ORDERED.

Dated:   **November 17, 2009**            **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE