BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN TURK [C.S.B.N.131517]
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8935
Facsimile: (415) 744-0134
E-Mail: Jean.Turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DAVID NUNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:09-CV-0645 GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME <br><br> Hon. Gary S. Austin, U.S. Magistrate Judge |

　　The parties, Plaintiff David Nunes, and Defendant, the Commissioner of Social Security, hereby stipulate through their undersigned counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days, up to and including February 18, 2010, to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time in this case.  Defendant requires an extension on account of the reassignment of the Commissioner's previously assigned counsel in this matter.  The parties further stipulate that Plaintiff's reply to Defendant's opposition brief is due within 15 days of the filing of Defendant's opposition brief.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 8, 2010 | */s/ Robert D. Christenson* |
|   | ROBERT D. CHRISTENSON |
|   | (as authorized via telephone and email) |
|   | Attorney at Law |
|   | Attorney for Plaintiff |
| Dated: January 8, 2010 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | LUCILLE GONZALES MEIS |
|   | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: | */s/ Jean Turk* |
|   | JEAN TURK |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

Upon a review of the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to file an opposition brief by no later than February 18, 2010 is granted. Plaintiff's reply shall be due within 15 days of the filing of Defendant's opposition brief.

IT IS SO ORDERED.

Dated: **January 11, 2010**           **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE